**Shelby J. NORRIS, Appellant,**

v.

**Michael J. ASTRUE, Commissioner of Social Security Administration, Appellee.**

**No. 09–2429.**

United States Court of Appeals, Eighth Circuit.

Submitted: March 29, 2010.

Filed: May 5, 2010.

Stephen B. Ben, Sherwood, AR, Stephen Bennett, Bennett Law Office, Sherwood, AR, for Appellant.

Carolyn Ann Ebbers, Assistant Regional Counsel, Social Security Administration Office of the General Counsel, Dallas, TX, Stacey E. McCord, U.S. Attorney's Office, Little Rock, AR, for Appellee.

Before RILEY, Chief Judge [1], BYE, and SHEPHERD, Circuit Judges.

PER CURIAM.

Shelby J. Norris appeals the district court's [2] order affirming the denial of disability insurance benefits and supplemental security income. Having carefully reviewed the record, *see Medhaug v. Astrue,* 578 F.3d 805, 813 (8th Cir.2009) (standard of review), we agree with the district court

---

1. The Honorable William Jay Riley became Chief Judge of the United States Court of Appeals for the Eighth Circuit on April 1, 2010.

2. The Honorable Beth M. Deere, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

that the administrative law judge's (ALJ's) findings concerning Norris's mental residual functional capacity (RFC) were supported by substantial evidence, *see Moore v. Astrue,* 572 F.3d 520, 523 (8th Cir.2009) (in determining RFC, ALJ must consider all relevant evidence, including medical records, observations of treating physicians and others, and claimant's own description of her limitations); *see also Wagner v. Astrue,* 499 F.3d 842, 848 (8th Cir. 2007) (it is ALJ's function to resolve conflicts among opinions of various examining and treating physicians). Norris's other arguments for reversal merit no discussion. Accordingly, we affirm. *See* 8th Cir. R. 47B.